DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE #256514
NANETTE DUMAS #148261
JANE Z. BOHRER #243692
P. O. Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Signed and Filed: February 3, 2020

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| IN RE:<br><br>**RUSSELL D. HANES,**<br><br><br>**Debtor.** | CASE NO. 19-52164 HLB<br><br>CHAPTER 13<br><br>**ORDER DISMISSING CASE**<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Judge: Hon. Hannah L. Blumenstiel |

Devin Derham-Burk, the Chapter 13 Standing Trustee ("Trustee"), filed and served a Motion to Dismiss this case ("Motion") on January 3, 2020. [Docket #29]. On that same day, Trustee filed and served a Notice of Hearing on the Motion to Dismiss in compliance with Bankruptcy Local Rule 9014-1(b)(2) and (c)(2). The Court finds that notice was proper and no opposition to the Motion has been filed. The Court has considered all pleadings and evidence before it and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted;

2. This case is dismissed without prejudice for each reason set forth in the Motion;

3. After payment of allowed adequate protection payments, administrative costs or fees, Trustee shall return to the above-captioned Debtors any remaining balance of the debtor funds on hand;

4. Notwithstanding dismissal of the case, Trustee shall remit to the Clerk of the Court funds from any previously disbursed check that remains uncashed;

5. Trustee shall submit at a later date her Trustee's Final Report for approval by the Court; and,

6. Notice of this dismissal shall be served upon all parties by the Clerk of the Court.

**\*\*\*END OF ORDER\*\*\***

**Case No. 19-52164 HLB**

**COURT SERVICE LIST**

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

**None**